WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert T. Graves, | No. CV-16-01304-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| Julie Roberts, et al., | |
| Respondents. | |

Pending before the Court is a Report and Recommendation (Doc. 12) from Magistrate Judge Duncan, recommending that this Court grant the Respondents' Motion to Dismiss (Doc. 11) the Petition in this case, without prejudice. Judge Duncan previously invited Petitioner to respond to the Motion to Dismiss, but Petitioner did not respond. Thus, Judge Duncan concluded and recommended that this Court find that Petitioner consented to the dismissal of his habeas petition, without prejudice, because he still has on-going state court proceedings. Neither party filed objections to the Report and Recommendation.

Based on the foregoing,[1]

**IT IS ORDERED** that the Report and Recommendation (Doc. 12) is accepted and adopted.

---

[1] *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

**IT IS FURTHER ORDERED** that Respondents' Motion to Dismiss (Doc. 11) is granted; the Clerk of the Court shall enter judgment dismissing the Petition without prejudice.

**IT IS FINALLY ORDERED** that a certificate of appealability is denied for the reasons stated in the Report and Recommendation.

Dated this 19th day of October, 2016.

James A. Teilborg
Senior United States District Judge